IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERTA ALVAREZ and PAUL ALVAREZ,

       Plaintiffs,

  v.

WACHOVIA BANK, FSB aka WACHOVIA MORTGAGE CORPORATION; WELLS FARGO BANK, N.A. aka WELLS FARGO HOME MORTGAGE; HOME MORTGAGE; PRIME MORTGAGE, INC.; EDWARD M. GARCIA, an individual; NEW CENTURY TITLE COMPANY; and DOES 1-20, inclusive,

       Defendants.

No. C 14-01925 WHA

**ORDER TO SHOW CAUSE RE CHAPTER 7 BANKRUPTCY**

Defendant Wells Fargo states in its motion to dismiss that plaintiffs failed to disclose the claims they now allege in this action when they filed for Chapter 7 bankruptcy in 2010 and 2012 (Br. at 3; RJN Exhs. D–J). Failure to disclose potential legal claims results in the forfeiture of those claims. *Britto v. Bank of Am., N.A.*, 2013 U.S. Dist. LEXIS 146978, at *4–8 (N.D. Cal. Oct. 10, 2013) (Judge William Alsup).

Plaintiffs are **ORDERED TO SHOW CAUSE** by **NOON ON JUNE 6** why this action should not be dismissed for lack of standing.

**IT IS SO ORDERED.**

Dated: June 3, 2014.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE