United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERTA ALVAREZ and PAUL ALVAREZ,

    Plaintiffs,

  v.

WACHOVIA BANK, FSB aka WACHOVIA MORTGAGE CORPORATION; WELLS FARGO BANK, N.A. aka WELLS FARGO HOME MORTGAGE; HOME MORTGAGE; PRIME MORTGAGE, INC.; EDWARD M. GARCIA, an individual; NEW CENTURY TITLE COMPANY; and DOES 1-20, inclusive,

    Defendants.
                                      /

No. C 14-01925 WHA

**ORDER RE ELECTRONIC CASE FILING REGISTRATION, ADMISSION, AND ORDER TO SHOW CAUSE**

Counsel for plaintiffs have failed to abide by Civil L.R. 5-1(c) regarding electronic case filing:

> (1) Obligation to Register. Each attorney of record is obligated to become an ECF user and obtain a user ID and password for access to the system upon filing a case in this district. Each attorney of record is obligated to become an ECF user and obtain a user ID and password before e-filing a document in an existing case in this district. Registration shall be on a form prescribed by the Clerk, which can be found on the ECF website at cand.uscourts.gov. ECF users shall register their email address for service.

Procedures and instructions for using the Court's ECF system consistent with these policies may be found on the Court's ECF website at cand.uscourts.gov. In addition to providing access to filing and retrieval of documents, the ECF website also contains instructions, a user

manual, tutorials, an extensive listing of Frequently Asked Questions ("FAQs"), and information regarding changes in the ECF system, among other items. The initial point of contact for anyone experiencing difficulty filing a document on the ECF system is the toll-free number posted on the ECF website.

In addition, it has come to the Court's attention that counsel for plaintiff is not admitted to practice in this district. Counsel must register for ECF access and file an application to appear *pro hac vice* in this action by **NOON ON JUNE 13, 2014**. Civil L.R. 11-3.

Finally, plaintiffs may have until **NOON ON JUNE 16** to respond to the recently-filed order to show cause (Dkt. No. 18).

**IT IS SO ORDERED.**

Dated: June 4, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2