IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERTA ALVAREZ,

    Plaintiff,

  v.

WELLS FARGO BANK, N.A., *et al.*,

    Defendants.

No. C 14-01925 WHA

**SECOND ORDER TO SHOW CAUSE**

On June 3, 2014, plaintiff was ordered to show cause why her action should not be dismissed due to deficiencies in her previous Chapter 7 bankruptcies (Dkt. No. 18).  On June 4, counsel for plaintiff was informed that she was not admitted to practice in this district and was not registered for electronic case filing access, as required by the local rules (Dkt. No. 19).  The deadlines to respond have come and gone.

Plaintiff may have until **NOON ON JUNE 26** to file a response to both orders.  Failure to do so may result in dismissal of her action.  Rule 41.

**IT IS SO ORDERED.**

Dated: June 17, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE