IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERTA ALVAREZ,

    Plaintiff,

  v.

WELLS FARGO BANK, N.A., *et al.*,

    Defendants.

No. C 14-01925 WHA

**THIRD ORDER TO SHOW CAUSE**

On June 3, 2014, plaintiff was ordered to show cause why her action should not be dismissed due to deficiencies in her previous Chapter 7 bankruptcies (Dkt. No. 18). On June 4, counsel for plaintiff was informed that she was not admitted to practice in this district and was not registered for electronic case filing access, as required by the local rules (Dkt. No. 19). She failed to respond by the established deadlines, so a second order directed her to respond by June 26. She has failed to do so.

Plaintiff may have until **NOON ON JULY 10** to file a response. Failure to do so may result in dismissal of her action. Rule 41. This is her last warning.

**IT IS SO ORDERED.**

Dated: June 30, 2014.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE